**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD. Plaintiff, | ) | |
| v. | ) | No. 03-1317C (Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests a 21-day enlargement of time within which to respond to plaintiff's complaint. The Government's response is currently due on September 30, 2003. The extension would bring the date for responding to the complaint to October 21, 2003. This is the defendant's second request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion.

This 21-day request for enlargement is necessitated by the fact that Government counsel has not yet received the litigation report from the agency. According to agency counsel, agency personnel have work and travel schedules which have made it difficult, to date, to work meaningfully on the litigation report. Because the litigation report is essential for formulating a response to this complaint, counsel for the Government will be unable to devote meaningful time to this case prior to receiving the report. Agency counsel has indicated that

he has begun work on the litigation report and the compiling of all supporting documents, and anticipates that the report will be completed by October 3, 2003. The additional time requested is necessary to enable the undersigned trial counsel to review the litigation report, and draft and file a response.

For these reasons, defendant respectfully requests that the Court grant defendant's motion for an enlargement of time of 21 days, to and including October 21, 2003, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Facsimile: (202) 353-7988

September 30, 2003

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 30, 2003, a copy of the foregoing "UNOPPOSED ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael S. Dufault
Michael S. Dufault