**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1317C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant, the United States, respectfully requests a four-day enlargement of time within which to provide plaintiff with our Rule 26(a)(1) initial disclosures. Pursuant to the parties' discovery plan proposed in our joint preliminary status report, the Government's initial disclosures are due on January 5, 2004. The extension would bring the date for providing plaintiff with our initial disclosures to January 9, 2004. This is the defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion.

This four-day request for enlargement is necessitated by the fact that Government counsel has not yet received the agency's draft, initial disclosures. According to agency counsel, work and travel schedules have prevented the agency from providing us with its draft in advance of the January 5, 2004 deadline. Agency counsel has indicated that an additional two days will be

necessary to provide us with its draft, initial disclosures. The additional time requested by this motion will allow the undersigned counsel time to review the agency's draft, and prepare and forward the Government's formal, initial disclosures to plaintiff.

For these reasons, defendant respectfully requests that this Court grant our unopposed motion for an enlargement of time of four days, to and including January 9, 2004, within which to provide plaintiff with our initial disclosures.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

s/Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-7961
Facsimile: (202) 353-7988

January 5, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2004, a copy of the foregoing "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael S. Dufault