# In the United States Court of Federal Claims

No. 03-1317C
(Filed: January 13, 2004)

***************************

DAFNA CONSTRUCTION
CO., LTD.,

Plaintiff,

v.

UNITED STATES,

Defendant.

***************************

ORDER

A status conference was held on January 13, 2004 pursuant to which the following scheduling order is adopted. On or before March 1, 2004, defendant shall notify plaintiff in writing whom it designates as its expert witness and the substance of his/her testimony. On or before April 1, 2004, plaintiff shall notify defendant in writing whom it designates as its expert witness and the substance of his/her testimony. Fact and expert discovery shall be completed by June 30, 2004.

A telephonic status conference will be held at 11 a.m. on March 15, 2004. The parties may submit joint or independent written status reports before March 15, 2004.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge