# In the United States Court of Federal Claims

| | |
|---|---|
| DAFNA CONSTRUCTION CO., LTD., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Nos. 03-1317 C, 05-456 C<br>Filed August 23, 2005 |

## ORDER

The parties filed a Joint Preliminary Status Report in these cases on July 29, 2005. In the JPSR, each party proposed a schedule of further proceedings. After reviewing the JPSR, the Court was prepared to schedule a status conference with the parties to discuss their proposed schedules. The parties, however, recently contacted the Court and reported that they have started discussing a possible settlement of these cases. The parties requested a period of 30 days within which to discuss settlement.

In light of the above, the Court ORDERS that the parties shall file a joint status report by **Tuesday, September 20, 2005**, apprising the Court of the status of their settlement negotiations. The Court FURTHER ORDERS that, in the event the parties have not reached agreement, they shall participate in a joint telephonic status conference on **Thursday, September 22 at 2 pm**, in order to discuss with the Court a schedule for further proceedings. The Court will initiate the conference call.

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge