# In the United States Court of Federal Claims

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Nos. 03-1317 C, 05-456 C

Filed September 20, 2005

## ORDER

On August 23, 2005, the Court ordered that the parties file a joint status report regarding their settlement negotiations and, in the event they had not reached agreement, participate in a joint telephonic status conference on Thursday, September 22, 2005 at 2 p.m. On September 16, 2005, the parties filed a joint status report in which they requested that the Court postpone the telephonic status conference for a period of thirty days.

In light of the above, the Court ORDERS that the joint telephonic status conference on **Thursday, September 22, 2005 at 2 p.m.**, be CANCELLED. The Court FURTHER ORDERS that, in the event the parties have not reached agreement, they shall participate in a joint telephonic status conference on **Monday, October 24, 2005 at 2 p.m.**, in order to discuss with the Court a schedule for further proceedings. The Court will initiate the conference call. The Court reiterates that all filings in these consolidated cases shall be filed under the lead case, No. 03-1317C.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge