# In the United States Court of Federal Claims

| | |
|---|---|
| DAFNA CONSTRUCTION CO., LTD., ) | |
| ) | No. 03-1317C, 05-456 C |
| Plaintiff, ) | |
| v. ) | Filed September 29, 2005 |
| THE UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

## ORDER

On April 15, 2005, pursuant to RCFC 42(a), plaintiffs filed a Motion to Consolidate *Dafna Construction Co. v. United States*, Case No. 05-456C with *Dafna Construction Co. v. United States*, Case No. 03-1317C. Plaintiffs stated that the parties to each action are identical, the claims in each action arise under the same contract, and both actions involve common questions of law and fact. On April 21, 2005, the Court granted this motion and ordered that Case No. 05-456C be consolidated with Case No. 03-1317C. Further, since 03-1317C was designated as a paper case, the Court ordered that Case No. 03-1317C become an electronic case on the CM/ECF System, to become effective Tuesday, April 26, 2005.

Currently, there appear four docket entries in case 05-456C that were filed after the consolidation order on April 21, 2005. Since Case No. 03-1317C is considered to be the "lead" case in this consolidation, the Court orders that docket entries 9, 10, 11 and 12 be **removed from the docket entries of case 05-456C** and be **placed on the docket entries of 03-1317C**.

The Court further ORDERS than any future filings in these consolidated cases be filed in the lead case, 03-1317C, and that the number 03-1317C be listed first in the caption of the filing.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge