IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAFNA CONSTRUCTION CO., LTD., )
)
Plaintiff, )
)
v. ) Docket No.: 03-1317C
)
UNITED STATES, )
)
Defendant. )

Room 616
National Courts Building
717 Madison Place, N.W.
Washington, D.C.

Tuesday,
November 30, 2004

The parties met, pursuant to notice of the Court, at 9:34 a.m.

BEFORE: HONORABLE GEORGE W. MILLER
Judge

APPEARANCES: (Via Telephone)

For the Plaintiff:

CARL A. HABERBUSCH, Esquire
DONALD J. CARBONE, Esquire
Goetz Fitzpatrick, LLP
One Penn Plaza, Suite 4401
New York, New York 10119
(202) 695-8100

For the Defendant:

NANCY KIM, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0546

THE COURT: Yes.

MR. CARBONE: And avoiding the trial. And it seems that the biggest issue between the parties are some issues of law that could be decided by the Court on motions for summary judgment.

THE COURT: Okay.

MR. CARBONE: Now, I know at one point in time my office took the position that perhaps the matter should go forward on liability and damages at the same time.

I have been talking to Ms. Kim about the various -- we are like diametrically opposed on certain issues, and the biggest issue between us is the formation of the contract, when that took place. That's about two-thirds of our damage claim, because our damage claim is broken down between an escalation claim for 437,000 plus 65 days.

Then the other section of the case has to do with two modifications to the contract, and one has to do with days and one has to do with dollars. One has to do with dollars and days, that's like $119,000 and 65 days, or 62 days. The other has to do with just days.

Depending upon how the Court would decide the issue of law as to when the contract was formed,

that would go a long way in enabling the parties to settle this see the problem is we are at one end of the spectrum, they are at the other end of the spectrum because both sides think there are legal issues. The Court will decide the legal issues in their favor.

If the Court was to predetermine the legal issues, my prediction is we could probably avoid this trial because I think that if the legal issues went against my client, obviously our settlement demands would be greatly reduced. I think if the legal issues went against the Postal Service, I think that settlement offer would be increased.

So I guess what I am proposing, I realize it's at a late date, but what I'm proposing is we adjourn the trial to enable the parties to fully brief the issues of law, and have the Court determine those issues.

THE COURT: Let me ask Ms. Kim if she has a reaction to Mr. Carbone's presentation.

MS. KIM: Yes, Your Honor. I just talked with Mr. Carbone yesterday, and he called me, and we had discussed the proposal.

When I filed our partial motion for summary judgment, this is exactly what I was speaking, and