IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAFNA CONSTRUCTION CO., LTD. )
)
Plaintiff, )
)
v. ) No. 03-1317C; 05-456C
) (Judge George W. Miller)
THE UNITED STATES, )
)
Defendant. )

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 23, 2005, plaintiff and defendant respectfully submit the following joint status report.

On August 16, 2005, the parties discussed possible resolution of these cases without a need for further litigation. During this discussion, the parties realized that they needed to obtain additional information about some of plaintiff's claims. Plaintiff and the Government have been in the process of obtaining this additional information, but the Government has been unable to obtain all the necessary information to date. The parties would like additional time to obtain this necessary information and continue their settlement discussions. Accordingly, the parties respectfully request that the Court postpone the telephonic status conference scheduled for Thursday, September 22, 2005 for an additional 30 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Carl A. Haberbusch

CARL A. HABERBUSCH
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington DC 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

September 16, 2005