IN THE UNITED STATES COURT OF FEDERAL CLAIMS

----------------------------------------------------------------------X

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

----------------------------------------------------------------------X

Case Nos. 03-1317C, 05-456C

Judge George W. Miller

**PLAINTIFF'S UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE**

Plaintiff respectfully requests that the status conference scheduled for October 24, 2005 be adjourned. Defendant's counsel has authorized us to state that defendant does not oppose this motion.

The parties continue to discuss the possible resolution of these cases without a need for further litigation. Plaintiff and the Government have been in the process of obtaining additional information with respect to plaintiff's claims, but they have been unable to obtain all the necessary information to date. The parties need additional time to obtain this necessary information and continue their settlement discussions. Accordingly, plaintiff respectfully requests that the Court adjourn the status conference scheduled for Monday, October 24, 2005 for an additional thirty days.

For the foregoing reasons, we respectfully request that our motion be granted.

October 20, 2005

GOETZ FITZPATRICK LLP

By: s/Carl A. Haberbusch
Carl A. Haberbusch (CH - 0774)
Attorneys for Plaintiff
One Penn Plaza, 44th floor
New York, New York 10119
(212) 695-8100
(212) 629-4013 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 20th day of October, 2005, I caused to be served by facsimile a copy of "PLAINTIFF'S UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE" addressed as follows:

Nancy M. Kim, Esq.
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, N.W.
8th Floor
Washington, D.C. 20530

s/Joyce Fox
Joyce Fox

W:\CHaberbusch\Dafna\USA\motions\Plaintiffs Unopposed Motion to Adjourn.wpd3