# In the United States Court of Federal Claims

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Nos. 03-1317 C, 05-456 C

Filed October 21, 2005

## ORDER

On September 20, 2005, the Court ordered that the parties participate in a joint telephonic status conference on Monday, October 24, 2005 at 2 p.m. On October 20, 2005, plaintiff filed an unopposed motion to adjourn the status conference, in which it requested that the Court postpone the telephonic status conference for a period of thirty days in order to give the parties additional time to obtain information necessary in connection with their settlement discussions.

In light of the above, and because defendant does not oppose it, the Court ORDERS that the joint telephonic status conference on **Monday, October 24, 2005 at 2 p.m.**, be CANCELLED. The Court FURTHER ORDERS that, in the event the parties have not reached agreement, they shall participate in a joint telephonic status conference on **Thursday, December 1, 2005 at 2 p.m.**, in order to discuss with the Court a schedule for further proceedings. The Court will initiate the conference call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge