# In the United States Court of Federal Claims

| | |
|---|---|
| DAFNA CONSTRUCTION CO., LTD., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Nos. 03-1317 C, 05-456 C<br>Filed December 2, 2005 |

**ORDER**

In accordance with the Court's Order of October 21, 2005, the Court held a telephonic status conference with the parties on December 1, 2005 to discuss the status of the parties' efforts to reach a settlement and to consider, if necessary, the nature and timing of further proceedings looking toward a resolution of these consolidated cases on the merits.

Plaintiff requested that the parties be given another 60-90 days within which to exchange information and continue their discussions relating to a settlement, before setting a schedule for the completion of fact and expert discovery and other pretrial activities in these cases. Discovery in the lead case, Docket No. 03-1317 C, has been completed, and the Court has rendered a decision on certain dispositive motions filed by the parties in that case. *See* Opinion and Order on Pending Motions filed April 11, 2005. Defendant agreed with plaintiff's proposal.

Accordingly, the Court does hereby ORDER that further proceedings in these cases shall be stayed until **Friday, February 24, 2006**, and that the parties shall, during that period, continue their discussions looking toward a settlement. The Court FURTHER ORDERS that the parties shall file joint status reports with the Court on **Friday, December 30, 2005, Friday, January 27, 2006, and Friday, February 24, 2006**. In each such report, the parties shall describe for the Court the settlement-related activities they have undertaken, the information they have exchanged, their plans for future settlement-related activities, and the status of their discussions looking toward a settlement.

In the event the parties have not reached a settlement by February 24, 2006, they shall participate in a telephonic status conference on **Tuesday, February 28, 2006 at 2 p.m.** to discuss a schedule for further proceedings. The Court will initiate the call. The parties shall file,

on or before **February 24, 2006**, an agreed schedule for further proceedings in these cases. *See* Appendix A to the Rules of the Court of Federal Claims, Sections IV, VI and VII. If the parties are unable to agree upon such a schedule, they shall file separate schedules. In either event the parties shall fax a courtesy copy of their schedule or schedules to chambers by **2 p.m. on Monday, February 27, 2006**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge