IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1317C; 05-456C<br>(Judge George W. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 2, 2005, the parties respectfully submit the following joint status report.

On August 16, 2005, the parties discussed possible resolution of these cases without a need for further litigation. During this discussion, the parties realized that they needed to obtain additional information about some of plaintiff's claims. The Government subpoenaed and obtained documents regarding the electrical ductbank claim from subcontractor T. Moriarty & Son, Inc., the subcontractor who repaired the electrical ductbank, and forwarded them to plaintiff's counsel on December 5, 2005. Plaintiff's counsel received them on December 12, 2005, and forwarded them to plaintiff for review and analysis, which has not yet been completed. It is expected that plaintiff will complete its review and analysis by the first week in January.

At the initial settlement conference, defendant's counsel requested that plaintiff furnish insurance information to support its assertion that its insurance burden was higher than that initially claimed. After reviewing its records, plaintiff has recalculated those amounts and provided documents supporting the same to defendant's counsel on December 29, 2005. The parties believe that further negotiation can take place in January after the parties have completed their review and analyses of these new documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Carl A. Haberbusch

CARL A. HABERBUSCH
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington DC 20530
Tel: (202) 353-0546
Fax: (202) 514-7965

Attorneys for Defendant

December 30, 2005