# In the United States Court of Federal Claims

**03-1317C & 05-456C**

**Filed: January 3, 2006**

**DAFNA CONSTRUCTION CO., LTD**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (7 Volumes)**
**Held in Fairbanks, Alaska**
**August 15-23, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.