IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1317C; 05-456C<br>(Judge George W. Miller) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 2, 2005, the parties respectfully submit the following joint status report.

Upon reviewing the documents that the parties previously exchanged, on February 6, 2006, the parties again discussed the possibility of settling these cases without the need for further litigation. Based upon the exchanged documents, the parties discussed the daily rate of insurance. Plaintiff's counsel further discussed the reasons that plaintiff believed that subcontractor, T. Moriarty & Son, Inc., departed from the scope of work that the Port Authority ordered. Based upon this conversation, defendant's counsel telephoned T. Moriarty & Son Inc., and discussed this matter with a subcontractor's employee who supervised the electrical ductbank project. Defendant's counsel requested that the subcontractor's employee provide additional documentation that would be helpful in resolving the matter. Defendant's counsel has not yet obtained this additional documentation. The parties intend to continue their settlement discussions shortly upon obtaining the additional documentation from T. Moriarty & Son, Inc.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Donald Carbone

DONALD CARBONE
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington DC 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

February 17, 2006