IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1317C; 05-456C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated December 2, 2005, the parties respectfully submit the following joint status report.

On February 21, 2006, defendant's counsel received additional documents from T. Moriarty & Son, Inc. regarding the electrical ductbank project, and forwarded these documents to plaintiff's counsel. Defendant's counsel discovered that there were two work orders related to the electrical ductbank project, and the additional documents that T. Moriarty & Son, Inc. provided relate to Work Order No. 1. Plaintiff's counsel, in turn, forwarded these documents to plaintiff for review and comments. At the time of filing this status report, the parties have been unable to continue their settlement discussions. The parties believe that additional time to discuss the possibility of settlement would be beneficial to resolving this matter without the need for further litigation. The parties request that the Court continue to stay proceedings for an additional 30 days for the parties to continue to discuss the possibility of settlement. The parties are available for a status conference on February 28, 2006 at 4:00 p.m. to discuss the current status of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Donald Carbone

DONALD CARBONE
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100 ext. 312

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington DC 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

Attorneys for Defendant

February 24, 2006