# In the United States Court of Federal Claims

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Nos. 03-1317 C, 05-456 C

Filed March 1, 2006

## ORDER

The Court and the parties participated in a telephonic status conference on February 28, 2006 in which the parties apprised the Court of the progress of settlement negotiations in this case. In light of the parties' reports during the status conference, the Court ORDERS that the parties shall file a joint status report by **Monday, April 3, 2006** informing the Court whether the parties have reached a settlement or, if not, reporting on the progress of settlement negotiations. The Court FURTHER ORDERS that, if the parties have not reached a settlement by April 3, 2006, then the parties shall also file on **April 3, 2006** a joint proposed schedule for further proceedings in this case including a date for the commencement of the trial on the merits. *See* ¶¶ 13-18, Appendix A, Rules of the Court of Federal Claims ("RCFC"). If the parties cannot agree on a schedule, each party shall file a separate proposed schedule of proceedings on **April 3, 2006**. The Court FURTHER ORDERS that the parties shall participate in a telephonic status conference on **Friday, April 7, 2006 at 2 p.m.** for the purposes of (1) discussing the status of settlement negotiations, and (2) setting a schedule for further proceedings in the case. The Court will initiate the call.

Finally, the docket reflects that plaintiff's counsel, Donald Carbone, has not yet entered his appearance as counsel of record for plaintiff in this case. Mr. Carbone shall enter his appearance as counsel of record for plaintiff before submitting any further filings to the Court in this matter. *See* RCFC 83.1(c)(4).

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge