IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1317C; 05-456C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated March 1, 2006, the parties respectfully submit the following joint status report.

On March 17, 2006, the parties met in New York to discuss the possibility of settling this case without the need for further litigation. On March 20, 2006, plaintiff offered to settle its claims against the United States in both cases for a lump sum payment in a specified amount, inclusive of all interest, attorney fees, and costs. On March 29, 2006, the authorized representative of the Attorney General accepted plaintiff's settlement offer. The parties are currently in the process of drafting and signing a settlement agreement that memorializes the terms of the settlement. The parties intend to file a joint stipulation of dismissal shortly thereafter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.

HAROLD D. LESTER, JR.
Assistant Director

s/ Donald Carbone

DONALD CARBONE
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100 ext. 312

Attorney for Plaintiff

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington DC 20530
Tel: (202) 353-0546
Fax: (202) 514-8640

April 3, 2006

Attorneys for Defendant