# In the United States Court of Federal Claims

DAFNA CONSTRUCTION CO., LTD.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Nos. 03-1317 C, 05-456 C

Filed April 4, 2006

**ORDER**

On April 3, 2006, the parties filed a joint status report stating that plaintiff had offered to settle its claims against the United States in these consolidated cases and that the authorized representative of the Attorney General had accepted plaintiff's settlement offer. The parties represented that they are drafting a settlement agreement and intend to file a joint stipulation of dismissal after execution of the agreement.

In light of the above, the telephonic status conference scheduled for April 7, 2006 at 2 p.m. is hereby CANCELLED.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge