THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------------------------------------------X

DAFNA CONSTRUCTION CO. LTD.,
Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------X

Case Nos. 03-1317C, 05-456C

(Judge George W. Miller)

**NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE, that plaintiff, upon the accompanying affirmation of John B. Simoni, incoming attorney dated March 16, 2006, representing that he is a member of the law firm of Goetz Fitzpatrick LLP ("GF") and admitted to practice in this court, moves that Mr. Simoni be substituted as counsel of record for plaintiff DAFNA CONSTRUCTION CO., LTD ("Dafna") in place of Carl Haberbusch who is no longer employed by GF. The substitution being made is by an attorney at the same law firm as was the departing attorney, and such attorney is fully familiar with this matter.

Dated: New York, New York
March 29, 2006

GOETZ FITZPATRICK LLP

By: ______________________
John B. Simoni, Jr. (JS-3367)
Incoming Attorney for Plaintiff
Dafna Construction Co., Ltd.
One Penn Plaza, 44th Floor
New York, New York 10119
(212) 695-8100

GOETZ FITZPATRICK LLP

By: [signature] CH-0774
Carl Haberbusch
Outgoing Attorney for Plaintiff
Dafna Construction Co., Ltd.
One Penn Plaza, 44th Floor
New York, New York 10119
(212) 695-8100

DAFNA CONSTRUCTION CO., LTD.

By: [signature]
Eli Noy
President, DAFNA

To: Nancy M. Kim
United States Department of Justice
Commercial Litigation Branch
Civil Division
Attention: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington D.C. 20530
(202) 353-0546

W:\dkuehn\DAFNA\Notice of Motion.wpd