THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------------------------------X

DAFNA CONSTRUCTION CO. LTD.,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

-------------------------------------------------------------------X

Case Nos. 03-1317C, 05-456C
(Judge George W. Miller)

**AFFIRMATION**

JOHN B. SIMONI, an attorney duly admitted to practice law before the Court of Federal Claims, affirms the following to be true under penalties of perjury pursuant to the authority of 28 U.S.C. 1746:

1. I am a member of the New York Bar and the law firm of Goetz Fitzpatrick LLP ("GF"), attorneys for plaintiff DAFNA CONSTRUCTION CO., LTD, ("DAFNA") in the above-captioned action. I submit this affirmation in support of plaintiff's application for substitution of counsel.

2. Carl Haberbusch, who was the attorney of record in the above referenced action, is no longer with the law offices of GF. Therefore, GF, with DAFNA's knowledge and consent, wishes to substitute me as attorney of record in this matter.

3. I am familiar with the facts of this case. Additionally, I will be working with Donald J. Carbone, who is fully familiar with the facts of this case as he has been the partner in charge of this matter since the inception of GF's representation of Dafna.

**WHEREFORE,** plaintiffs' application for substitution of counsel should be granted.

Dated: New York, New York
March 29 2006

John B. Simoni, Jr.

W:\dkuehn\DAFNA\Affirmation - JBS.wpd