IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAFNA CONSTRUCTION CO. LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1317C; 05-456C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, the parties respectfully stipulate to the dismissal of these actions in their entirety with prejudice.

Respectfully submitted,

s/ Joe B. Simoni

JOE B. SIMONI, JR.
Goetz Fitzpatrick LLP

s/ Donald J. Carbone

DONALD J. CARBONE
Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119
(212) 695-8100 ext. 312

Attorneys for Plaintiff

April 25, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester

HAROLD D. LESTER
Assistant Director

s/ Nancy M. Kim

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 353-0546

Attorneys for Defendant